**ATKINSON, ANDELSON, LOYA, RUUD & ROMO**
A Professional Law Corporation
Catherine M. Lee, State Bar No. 197197
    Catherine.Lee@aalrr.com
Jessica M. Walker, State Bar No. 250939
    Jessica.Walker@aalrr.com
Erin Cazares M. Sanzo, State Bar No. 348404
    Erin.CazaresMSanzo@aalrr.com
3 Harbor Drive, Suite 200
Sausalito, California 94965-1491
Telephone:  (628) 234-6200
Fax:  (628) 234-6899

Attorneys for Defendants West-Com Nurse Call Systems, Inc. and Marc Peters

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Wesley A. Krueger, State Bar No. 198694
Wesley.Krueger@lewisbrisbois.com
Adam G. Khan, State Bar No. 296617
Adam.Khan@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: (916) 564-5400
Fax: (916) 564-5444

Attorneys for Defendant West-Com & TV, Inc.

**KING & SIEGEL, LLP**
Julian Burns King, State Bar No. 298617
julian@kingsiegel.com
Robert J. King, State Bar No. 302545
robert@kingsiegel.com
601 University Avenue, Ste. 275
Sacramento, California 95825
Telephone: (213) 465-4802
Fax: (213) 465-4803

Attorneys for Plaintiff Theresa O'Hollaren

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| THERESA O'HOLLAREN,<br><br>    Plaintiff,<br><br>v.<br><br>WEST-COM NURSE CALL SYSTEMS, INC., a California Corporation; WEST-COM & TV, INC., a California corporation; MARC PETERS, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.  2:24-cv-01183-JAM-SCR<br><br>**FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

STIPULATION AND ORDER

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL OF
2  RECORD:

3  Plaintiff Theresa O'Hollaren ("Plaintiff") and Defendants West-Com Nurse Call Systems,
4  Inc., West-Com & TV, Inc., and Marc Peters ("Defendants") (collectively, the "Parties"), by and
5  through their undersigned counsel of record, hereby enter into the following Joint Stipulation to
6  Continue Trial Date and All Related Pre-Trial Dates, and stipulate and agree as follows:

7  WHEREAS, on April 23, 2024, Plaintiff initiated the instant action;

8  WHEREAS, on June 10, 2024, Plaintiff filed an amended complaint;

9  WHEREAS, on May 1, 2025, the Court scheduled the trial to begin in this case on November
10 16, 2026;

11 WHEREAS, counsel for Defendants West-Com Nurse Call Systems, Inc. and Marc Peters'
12 trial schedule is now in conflict with this current trial date, therefore the Parties agreed that a
13 continuance of this case was in the best interest for all;

14 WHEREAS, neither Party will suffer prejudice as a result of the continuance, but will suffer
15 substantial prejudice if there is no continuance of the current trial date;

16 WHEREAS, the interests of justice are best served by a continuance of the trial and all trial-
17 related deadlines;

18 WHEREAS, neither party has previously requested a trial continuance in this matter;

19 WHEREAS, the Parties agree that a brief continuance of three (3) months from on November
20 16, 2026 to February 22, 2027, or as soon as thereafter as the Court's calendar permits, is
21 appropriate.

22 Accordingly, to avoid any prejudice to the Parties, the Parties stipulate and respectfully
23 request that the Court continue trial in this case by three (3) months to February 22, 2027, or as soon
24 as thereafter as the Court's calendar permits, and that all remaining pre-trial dates, including
25 discovery and motion deadlines, and expert disclosures, be continued in accordance with the
26 continued trial date.

27 ///
28 ///

- 2 -
STIPULATION AND ORDER

The recommended schedule for pretrial and trial dates is as follows:

| Event | Stipulated Deadline |
|---|---|
| Trial Date (jury, 7 days) | February 22, 2027 |
| Final Pretrial Conf., L.R. 16; Hearing on Motions in Limine | December 4, 2026 |
| Filing of Dispositive Motions | August 28, 2026 |
| Last day for **hearing** on Dispositive Motions | October 27, 2026 |
| All Discovery Cutoff (including hearing all discovery motions) | June 26, 2026 |
| Expert Disclosure (rebuttal) | May 15, 2026 |
| Expert Disclosure (initial) | April 24, 2026 |

IT IS THEREFORE STIPULATED, as follows:

1. The trial date shall be continued from November 16, 2026 to **February 22, 2027**, or as soon as thereafter as the Court's calendar permits.

2. All motion, discovery, and expert disclosure dates and deadlines shall be continued according to the new trial date, as stipulated above, or as the Court's calendar permits.

IT IS SO STIPULATED.

Dated: May 27, 2025

KING & SIEGEL, LLP

By: /s/ Katherine Shuai
Julian Burns King
Robert J. King
Katherine Shuai
Attorneys for Plaintiff THERESA O'HOLLAREN

| | | |
|---|---|---|
| 1 | Dated: May 27, 2025 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | By: /s/ Adam Khan |
| 4 | | Wesley A. Krueger |
| | | Adam G. Khan |
| 5 | | Attorneys for Defendant WEST-COM & TV, INC |
| 6 | | ———— |
| 7 | Dated: May 27, 2025 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO |
| 8 | | |
| 9 | | By: _____ |
| | | Catherine M. Lee |
| 10 | | Jessica M. Walker |
| | | Erin Cazares M. Sanzo |
| 11 | | Attorneys for Defendants WEST-COM NURSE CALL SYSTEMS, INC. and MARC PETERS |

## **ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **06/26/2026** |
| Disclosure of Expert(s) Deadline | **04/24/2026** |
| Supplemental Disclosure Deadline | **05/15/2026** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **08/28/2026** |
| Dispositive Motion Hearing | **11/03/2026, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | **01/15/2027, at 10:00 a.m.** |
| Jury Trial (7 Days) | **02/22/2027, at 9:00 a.m.** |

All other instructions contained in the Pretrial Scheduling Order (ECF No. 26), entered on May 01, 2025, shall remain in effect.

**IT IS SO ORDERED**.

Dated: June 04, 2025         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE